AO 451 (Rev 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

11MC18

| | | |
|---|---|---|
| BALALLAN LIMITED | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 06-CV-5959 (RJD) |
| GREEN OASIS ENVIRONMENTAL, INC. | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 04/03/2008.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 02/16/2011

**ROBERT C. HEINEMANN**
CLERK OF COURT

*Elizabeth Goddard*
Signature of Clerk or Deputy Clerk