FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**FEB 2 8 2011**

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BALALLAN LIMITED,

        Plaintiff,

  -against-

GREEN OASIS ENVIRONMENTAL, INC.,
G.O.E. ENTERPRISES, INC., and
WILLIAM D. CARRAWAY,

        Defendants.
------------------------------------------------------------X

JUDGMENT
06-CV- 5959 (RJD)

    An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on March 31, 2008, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated March 11, 2008; and directing the Clerk of Court to enter judgment as follows:

    A.    Declaring that the assignment by Green Oasis Environmental, Inc. to G.O.E. Enterprises, Inc. of its rights in European patent application No. 99301533.8 and in the patent granted thereon is null and void;

    B.    Declaring that Balallan is the owner of European patent No. 99301553.8;

    C.    Enjoining Green Oasis Environmental, Inc. and G.O.E. Enterprises, Inc. from engaging in any conduct in violation of Balallan's rights, title and interest in European patent No. 99301533.8 and the invention described therein;

    D.    Awarding damages in the amount of $500,000.00 together with interest at the rate of 10% per annum from June 4, 1999 to the date of judgment against Green Oasis Environmental, Inc. and William D. Carraway;

    E.    Awarding damages in the amount of $554,196.21 together with interest at a rate of 10% per annum from July 30, 2002 to the date of judgment against Green Oasis Environmental, Inc. and William D. Carraway; it is

Page 2

JUDGMENT
06-CV- 5959 (RJD)

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered as follows:

A.     Declaring that the assignment by Green Oasis Environmental, Inc. to G.O.E. Enterprises, Inc. of its rights in European patent application No. 99301533.8 and in the patent granted thereon is null and void;

B.     Declaring that Balallan is the owner of European patent No. 99301533.8;

C.     Enjoining Green Oasis Environmental, Inc. and G.O.E Enterprises, Inc. from engaging in any conduct in violation of Balallan's rights, title and interest in European patent No. 99301533.8 and the invention described therein;

D.     Awarding damages in the amount of $500,000.00 together with interest at the rate of 10% per annum in the amount of $ 441,369.86 from June 4, 1999 to the date of entry of judgment against Green Oasis Environmental, Inc. and William D. Carraway; and

E.     Awarding damages in the amount of $554,196.21 together with interest at the rate of 10% per annum in the amount of $314,297.57 from July 30, 2002 to the date of entry of judgment against Green Oasis Environmental, Inc. and William D. Carraway.

Dated: Brooklyn, New York
       April 01, 2008

Robert C. Heinemann
Clerk of Court

By: *Terry Vaughn* (signature)
Terry Vaughn
Chief Deputy of
Court Operations